Justice DONOHUE joins this dissenting opinion.

COMMONWEALTH of Pennsylvania, Appellee

v.

Roland A. SPOTTI, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued Oct. 6, 2015.

Resubmitted Jan. 20, 2016.

Decided Feb. 16, 2016.

Paul David Boas, Esq., Pittsburgh, Law Office of Paul D. Boas, for Roland A. Spotti, Jr.

Amy Elizabeth Constantine, Esq., Michael Wayne Streily, Esq., Allegheny County District Attorney's Office, for Commonwealth of Pennsylvania.

SAYLOR, C.J., EAKIN, BAER, TODD, DONOHUE, DOUGHERTY, WECHT, JJ.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**

Justices EAKIN, DONOHUE and WECHT did not participate in the consideration or decision of this case.

MALT BEVERAGE DISTRIBUTORS ASSOCIATION, Gabler's Beverage Distributor, Inc. and PKD, Inc., Petitioners

v.

PENNSYLVANIA LIQUOR CONTROL BOARD, Respondent

Ohio Springs, Inc. and Sheetz, Intervenors.

Supreme Court of Pennsylvania.

Feb. 16, 2016.

### ORDER

PER CURIAM.

**AND NOW,** this 16th day of February, 2016, the Petition for Permission to Substitute Answer to Petition for Allowance of Appeal of Intervener is **GRANTED.** Furthermore, the Petition for Allowance of

Appeal is **GRANTED.** The issues, as stated by petitioner, are:

(1) Can a single store sell both gasoline and beer without violating the Liquor Code?

(2) Section 404 of the Liquor Code, 47 P.S. § 4–404, prohibits the transfer of a liquor license to a "location" where "the sale of liquid fuels or oil is conducted"; what is a location?

(3) Section 468(a)(3) of the Liquor Code, 47 P.S. § 4–468(a)(3), prohibits the transfer of a liquor license to "any place or property upon which is located as a business the sale of liquid fuels and oil"; what is a place or property?

Justice EAKIN did not participate in the consideration or decision of this matter.